THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 02, 2010



_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Sarah L. Hudson | CASE NO: 10-32977-PP-7 |
|---|---|
| Debtor(s) | |

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed with the Court on October 12, 2010 relating to the Mortgage that it holds and/or services and it appearing that Notice of the Motion and Motion were served upon the Debtor(s), Debtor(s) Attorney, and Trustee, and that no Objection to said Motion is pending with the Court;

Blommer Peterman S.C.    13700 W. Greenfield Avenue
Brookfield, WI 53005    262-790-5719    scott@blommerpeterman.com

IT IS HEREBY ORDERED that said Motion is granted in all respects based on just cause being shown and that relief from the Automatic Stay imposed by 11 U.S.C. Sec. 362(a) shall be granted, effective immediately, to U.S. Bank N.A., as servicer for Universal Mortgage Corporation, its successors, servicing agents, and/or assigns with respect to the Debtor(s) as well as to the property owned by the Debtor(s) located at 215 North 2nd Street, Darien, WI 53114.

IT IS FURTHER ORDERED that said Order shall take effect immediately upon its entry.

Blommer Peterman, S.C.
13700 W. Greenfield Avenue
Brookfield, WI 53005
262-790-5719
scott@blommerpeterman.com

#####